**Caulton D. ALLEN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2010–3088.

United States Court of Appeals, Federal Circuit.

June 24, 2010.

David A. Branch, Law Office of David A. Branch, Washington, DC, for Petitioner.

Vincent D. Phillips, Sarah M. Bienkowski, Department of Justice, Washington, DC, for Respondent.

**ON MOTION**

**ORDER**

Upon consideration of Caulton D. Allen's motion to withdraw his petition for review,

It Is Ordered That:

(1) The motion is granted.

(2) Each side shall bear its own costs.